# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT W. CLOUGH, II, individually and on behalf of a class of all persons and entities similarly situated,<br><br>                                                    Plaintiff,<br><br>        v.<br><br>PLYMOUTH ROCK MANAGEMENT COMPANY OF NEW JERSEY, and JOHN DOE CORPORATION,<br><br>                                                    Defendants. | Case No.:  2:21-cv-19343 (JXN) (JBC)<br><br>Hon. Julien X. Neals, U.S.D.J.<br><br>Hon. James B. Clark, U.S.M.J. |
| PLYMOUTH ROCK MANAGEMENT COMPANY OF NEW JERSEY,<br><br>                                        Third-Party Plaintiff,<br><br>        v.<br><br>CONNECTTHECALLS.COM LLC, CONNECTTHELEADS LLC, and MARLEN RAPOPORT,<br><br>                                        Third-Party Defendants. | **STIPULATION OF**<br><br>**DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff/Counterclaim- Defendant Robert W. Clough, II ("Plaintiff"), Defendant/Counterclaim-Plaintiff/Third-Party Plaintiff Plymouth Rock Management Company of New Jersey ("Plymouth Rock"), and Third- Party Defendants Connectthecalls.com LLC, Connecttheleads LLC, and Marlen Rapoport (collectively "Third-Party Defendants"), by and through their respective counsel, that:

(i)        All claims Plaintiff asserted by and/or on behalf of the putative class members in

the above-entitled action be and are hereby dismissed without prejudice and without costs to any party;

(ii)    All claims asserted by Plaintiff individually in the above-entitled action and the Counterclaim filed by Plymouth Rock against Plaintiff in the above-entitled action be and hereby are dismissed with prejudice and without costs to any party; and

(iii)    the Third- Party Complaint filed by Plymouth Rock against Third-Party Defendants in the above-entitled action be and hereby are dismissed with prejudice and without costs to any party.

| **MARCUS & ZELMAN, LLC**<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>Tel: (732) 695-3282<br>*Attorneys for Plaintiff / Counterclaim-*<br>*Defendant Robert W. Clough, II*<br><br>By:    */s/ Ari H. Marcus*<br>       Ari H. Marcus, Esq.<br>       N.J. Bar No.: 029662010<br><br>Dated : October 22, 2024 | **RIKER DANZIG LLP**<br>Headquarters Plaza<br>One Speedwell<br>Avenue<br>Morristown, NJ 07962-1981<br>Tel.: (973) 538-0800<br>*Attorneys for the Defendant / Counterclaim-*<br>*Plaintiff / Third-Party Plaintiff Plymouth Rock*<br>*Management Company of New Jersey*<br><br>By:    */s/ Derrick R. Freijomil*<br>       Derrick R. Freijomil, Esq.<br>       N.J. Bar No.: 048631995<br><br>Dated : October 22, 2024 |
| **PARONICH LAW, P.C.**<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(508) 221-1510<br>*Attorneys for Plaintiff / Counterclaim-*<br>*Defendant Robert W. Clough, II*<br><br>By:    */s/ Anthony I. Paronich*<br>       Anthony I. Paronich, Esq.<br>       *Pro Hac Vice*<br><br>Dated : October 22, 2024 | **LAW OFFICE OF STEVEN H. WOLFF, LLC**<br>12 Broadway<br>Passaic, NJ 07055<br>Tel: (973) 685-7160<br>*Attorneys for Third-Party Defendants*<br>*ConnectTheCalls.Com LLC, ConnectTheLeads*<br>*LLC, and Marlen Rapoport*<br><br>By:    */s/ Steven H. Wolff*<br>       Steven H. Wolff, Esq.<br>       N.J. Bar No.: 0006272006<br><br>Dated : October 22, 2024 |

**KEOGH LAW, LTD**
55 W. Monroe St., Ste. 3390
Chicago, IL 60603
(312) 726-1092
*Attorneys for Plaintiff / Counterclaim-*
*Defendant Robert W. Clough, II*

By:    /s/ Timothy J. Sostrin
      Timothy J. Sostrin, Esq.
      *Pro Hac Vice*

Dated : October 22, 2024